NO. 07-04-0075-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

SEPTEMBER 19, 2005

______________________________

IN THE MATTER OF H.S., A MINOR CHILD

_________________________________

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY,

SITTING AS A JUVENILE COURT;

NO. 2003-760,673; HONORABLE MARK C. HALL, MAGISTRATE

_______________________________

Before QUINN, C.J., and REAVIS, JJ. and BOYD, S.J.
(footnote: 1)
ON JOINT MOTION TO WITHDRAW APPEAL

Advocacy, Inc. perfected this appeal on behalf of appellant H.S. to challenge an order finding H.S. mentally retarded and committing him to the Texas Department of Mental Health and Mental Retardation.  Pending before this Court is a motion to withdraw the appeal by which the parties represent that H.S. has subsequently been moved to an appropriate foster home and is doing well.  The parties request that no further action be taken in this matter to ensure H.S.’s current placement.  
See
 Tex. R. App. P. 42.1(a)(2).  We grant the motion. 

Accordingly, the appeal is dismissed.

Don H. Reavis

     Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.